**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **DANIEL STEELY** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**BANK OF AMERICA N.A. d/b/a** )<br>**BAC HOME LOANS SERVICING, LP** )<br>      and )<br>**TRANS UNION, LLC** )<br>      and )<br>**EQUIFAX INFORMATION SERVICES LLC** )<br>      and )<br>**EXPERIAN INFORMATION** )<br>**SOLUTIONS, INC.** )<br>)<br>**Defendants.** )<br>) | **Civil Action No. 11-3353** |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

Kindly enter the appearance of Nancy Kanter on behalf of Plaintiff in the above-captioned matter.

Respectfully submitted:

LAW OFFICE OF NANCY KANTER, LLC.

BY: /s/ Nancy Kanter_____
     Nancy Kanter
     19 S. Pine Street
     Doylestown, PA 18901
     (215) 345-9214

Date: July 21, 2011

## **CERTIFICATE OF NOTICE**

    This is to certify that I have this day electronically filed a true and correct copy of the foregoing ENTRY OF APPEARANCE with the Clerk of Court using the ECF system, which will send notifications of such filing to the following counsel of record:

    Breanne J. Strubinger
    Karen B. Reisinger
    Schuckit & Associates, PC
    4545 Northwestern Dr.
    Zionsville, IN 46077

    Timothy P. Creech
    Kogan Trichon & Wertheimer, PC
    1818 Market Street, 30th Floor
    Philadelphia, PA 19103-3699

    Catherine Olanich Raymond
    Christie Pabarue Mortensen & Young PC
    1880 JFK Blvd., 10th FL
    Philadelphia, PA 19103-3699

    Mohammad A. Ghiasuddin
    Kaplin Stewart Meloff Reiter & Stein PC
    Union Meeting Corporate Center
    910 Harvest Drive
    P.O. Box 3037
    Blue Bell, PA 19422-0765


    /s/ Nancy Kanter

Date: July 21, 2011